Matter of Erskine (2024 NY Slip Op 03792)

Matter of Erskine

2024 NY Slip Op 03792

Decided on July 11, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 11, 2024

PM-134-24
[*1]In the Matter of Heather Louise Erskine, an Attorney. (Attorney Registration No. 5210976.)

Calendar Date:July 8, 2024

Before:Egan Jr., J.P., Clark, Aarons, Ceresia and Mackey, JJ.

Heather Louise Erskine, Manchester, New Hampshire, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Heather Louise Erskine was admitted to practice by this Court in 2014 and lists a business address in Manchester, New Hampshire with the Office of Court Administration. Erskine now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Erskine's application.
Upon reading Erskine's affidavit sworn to May 20, 2024 and filed May 23, 2024, and upon reading the June 25, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Erskine is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Aarons, Ceresia and Mackey, JJ., concur.
ORDERED that Heather Louise Erskine's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Heather Louise Erskine's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Heather Louise Erskine is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Erskine is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Heather Louise Erskine shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.